1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile: (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

**Filed**

MAR 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

**RMW**

**C08   01546**

**PVT**

11  Adobe Systems Incorporated,           )  Case No.
                                          )
12                      Plaintiff,        )  PLAINTIFF'S DECLINATION TO
                                          )  PROCEED BEFORE A MAGISTRATE
13          v.                            )  JUDGE AND REQUEST FOR
                                          )  REASSIGNMENT TO A UNITED
14  Andrew Channin, Limited ETC and Does 1 – 10, )  STATES DISTRICT JUDGE
    inclusive,                            )
15                                        )
                        Defendants.       )

16  **REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

17        The undersigned party hereby declines to consent to the assignment of this case to a United

18  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

19  to a United States District Judge.

20

21  Dated: March 16, 2008                  J. Andrew Coombs, A Professional Corp.

22

23                                         By: _____
                                               J. Andrew Coombs
24                                             Annie S. Wang
                                           Attorneys for Plaintiff Adobe Systems Incorporated

25

26

27

28
    Adobe v. Channin: Declination to Proceed Before Magistrate      - 1 -

ORIGINAL