1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 Adobe Systems Incorporated,           )  Case No.: C08-1546 RMW
                                         )
12         Plaintiff,                    )  REQUEST FOR APPROVAL OF
       v.                                )  SUBSTITUTION OF ATTORNEY
13                                       )
   Andrew Channin, Limited ETC and Does 1 – 10, )
14 inclusive,                            )
                                         )
15         Defendants.                   )

16      PLAINTIFF Adobe Systems Incorporated hereby requests the Court approve substitution of

17 Nicole L. Drey of 517 East Wilson Avenue, Suite 202, Glendale, California 91206, as counsel of

18 record in place and stead of Annie S. Wang.

19      I, Annie S. Wang, hereby agree and consent to the above substitution.

20

21 Dated: July 7   , 2008         By:  /S/ Annie S. Wang
                                       Annie S. Wang
22

23      I, Nicole L. Drey, hereby agree and consent to the above substitution.

24

25
   Dated: July 7   , 2008         By:  *Nicole L Drey*
26                                     Nicole L. Drey (SBN 250235)

27

28

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 7, 2008, I served on the interested parties in this action with the:

- **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

- **[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

for the following civil action:

Adobe Systems Incorporated v. Andrew Channin, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Andrew Channin<br>6 Surrey Dr.<br>Trenton, NJ 08648 | Limited ETC<br>6 Surrey Dr.<br>Trenton, NJ 08648 |
|---|---|

Place of Mailing: Glendale, California
Executed on July 7, 2008, at Glendale, California

_____
Katrina Bartolome

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  Adobe Systems Incorporated,      )  Case No.: C08-1546 RMW
                                     )
12            Plaintiff,             )  [PROPOSED] ORDER ON REQUEST
       v.                            )  FOR APPROVAL OF SUBSTITUTION
13                                   )  OF ATTORNEY
    Andrew Channin, Limited ETC and Does 1 – 10, )
14  inclusive,                       )
                                     )
15            Defendants.            )

16      The Court hereby orders that the request of Plaintiff Adobe Systems Incorporated to

17  substitute retained counsel Nicole L. Drey of J. Andrew Coombs A P.C. 517 East Wilson Avenue,

18  Suite 202, Glendale, California, as attorney of record in place and stead of Annie S. Wang is here

19  by granted.

20

21  Dated: _____          _____
                                      Hon. Ronald M. Whyte
22                                    District Judge, United States District Court for
                                      the Northern District of California
23  Presented By:

24
    J. Andrew Coombs
25  A Professional Corporation

26
    By: /S/ Annie S. Wang
27       J. Andrew Coombs
         Annie S. Wang
28  Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Channin: Order on Req. for Approval of Sub. of Atty.   - 1 -

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 7, 2008, I served on the interested parties in this action with the:

- **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

  - **[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

for the following civil action:

<u>Adobe Systems Incorporated v. Andrew Channin, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Andrew Channin<br>6 Surrey Dr.<br>Trenton, NJ 08648 | Limited ETC<br>6 Surrey Dr.<br>Trenton, NJ 08648 |
|---|---|

Place of Mailing: Glendale, California
Executed on July 7, 2008, at Glendale, California

_____
Katrina Bartolome