1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

*E-FILED - 7/16/08*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 Adobe Systems Incorporated,           )  Case No.: C08-1546 RMW
                                         )
12              Plaintiff,               )  [PROPOSED] ORDER ON REQUEST
        v.                               )  FOR APPROVAL OF SUBSTITUTION
13                                       )  OF ATTORNEY
   Andrew Channin, Limited ETC and Does 1 – 10, )
14 inclusive,                            )
                                         )
15              Defendants.              )

16   The Court hereby orders that the request of Plaintiff Adobe Systems Incorporated to

17 substitute retained counsel Nicole L. Drey of J. Andrew Coombs A P.C. 517 East Wilson Avenue,

18 Suite 202, Glendale, California, as attorney of record in place and stead of Annie S. Wang is here

19 by granted.

20
   Dated:  7/16/08
21                                          *Ronald M. Whyte*
                                            _____
22                                          Hon. Ronald M. Whyte
                                            District Judge, United States District Court for
                                            the Northern District of California
23 Presented By:

24
   J. Andrew Coombs
25 A Professional Corporation

26
   By:  /S/ Annie S. Wang
27       _____
         J. Andrew Coombs
28       Annie S. Wang
   Attorneys for Plaintiff Adobe Systems Incorporated

   Adobe v. Channin: Order on Req. for Approval of Sub. of Atty.    - 1 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 7, 2008, I served on the interested parties in this action with the:

- **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

- **[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

for the following civil action:

<u>Adobe Systems Incorporated v. Andrew Channin, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Andrew Channin<br>6 Surrey Dr.<br>Trenton, NJ 08648 | Limited ETC<br>6 Surrey Dr.<br>Trenton, NJ 08648 |
|---|---|

Place of Mailing: Glendale, California
Executed on July 7, 2008, at Glendale, California

_____
Katrina Bartolome