1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8

9
                    UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)
11

12 Adobe Systems Incorporated,              )   Case No. C08-1546 RMW
                                            )
13              Plaintiff,                  )   NOTICE OF SETTLEMENT AND
          v.                                )   [PROPOSED] ORDER VACATING
14                                          )   COURT DATES
   Andrew Channin, Limited ETC, and Does 1-10, )
15 inclusive,                               )
                                            )
16              Defendants.                 )

17

18     TO THE COURT:

19     PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe") and

20 Defendants Andrew Channin and Limited ETC (collectively "Defendants") have reached an

21
   agreement on the principal terms necessary to settle Adobe's claims. The Parties are in the process
22
   of documenting the terms upon which they have agreed and will file appropriate closing
23
   documents, including a proposed judgment of infringement and injunction by August 15, 2008.
24

25 ///

26 ///

27
   ///
28

Adobe v. Channin, et al.: Notice of Settlement and [Proposed]
Order Vacating Court Dates

Accordingly, the Parties request that all court dates, including the Case Management Conference set for July 25, 2008, be vacated.

Dated: July 18, 2008

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS ORDERED.

DATED: July     , 2008

_____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 18, 2008, I served on the interested parties in this action with the:

- **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES**

for the following civil action:

<u>Adobe Systems Incorporated v. Andrew Channin, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Andrew Channin<br>6 Surrey Dr.<br>Trenton, NJ 08648 | Limited ETC<br>6 Surrey Dr.<br>Trenton, NJ 08648 |

Place of Mailing: Glendale, California
Executed on July 18, 2008, at Glendale, California


_____
Katrina Bartolome