1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated                    ***E-FILED - 7/22/08***
7

8

9
                    UNITED STATES DISTRICT COURT
10
          NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)
11

12  Adobe Systems Incorporated,           )  Case No. C08-1546 RMW
                                          )
13                     Plaintiff,         )  NOTICE OF SETTLEMENT AND
                                          )  [PROPOSED] ORDER VACATING
14          v.                            )  COURT DATES
                                          )
15  Andrew Channin, Limited ETC, and Does 1-10, )
    inclusive,                            )
16                     Defendants.        )
                    _____     )

17

18      TO THE COURT:

19      PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe") and

20  Defendants Andrew Channin and Limited ETC (collectively "Defendants") have reached an

21  agreement on the principal terms necessary to settle Adobe's claims. The Parties are in the process

22  of documenting the terms upon which they have agreed and will file appropriate closing

23  documents, including a proposed judgment of infringement and injunction by August 15, 2008.

24

25  / / /

26  / / /

27  / / /

28
    Adobe v. Channin, et al.: Notice of Settlement and [Proposed]
    Order Vacating Court Dates

1        Accordingly, the Parties request that all court dates, including the Case Management

2    Conference set for July 25, 2008, be vacated.

3

4    Dated:  July 18, 2008                                    J. Andrew Coombs, A Professional Corp.

5                                                            By: _Nicole L Drey_____

6                                                                J. Andrew Coombs
                                                                Nicole L. Drey
7                                                            Attorneys for Plaintiff Adobe Systems Incorporated

8

9

10

11

12                                                   **[PROPOSED] ORDER**

13    PURSUANT TO REQUEST, IT IS ORDERED.

14    DATED:  July 22, 2008

15

16                                           _Ronald M. Whyte_____

17                                           Hon. Ronald M. Whyte
                                             UNITED STATES DISTRICT JUDGE
18

19    The Court will set a Status Conference for 8/15/08 @ 10:30 a.m.  If the settlement is
      final, the parties are required to file a dismissal by 8/12/08 and contact the
20    courtroom deputy at (408) 535-5375, so as to take the matter off calendar.

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 18, 2008, I served on the interested parties in this action with the:

- **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES**

for the following civil action:

Adobe Systems Incorporated v. Andrew Channin, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Andrew Channin<br>6 Surrey Dr.<br>Trenton, NJ 08648 | Limited ETC<br>6 Surrey Dr.<br>Trenton, NJ 08648 |

Place of Mailing: Glendale, California
Executed on July 18, 2008, at Glendale, California

_____
Katrina Bartolome